# UNITED STATES BANKRUPTCY COURT
## Central District of California

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spanish Inn, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**NONE** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Spanish Inn & Villas** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **72-1533639** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**640 N. Indian Canyon Road**<br>**Palm Springs, CA**<br>ZIP CODE **92262** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Riverside County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 2804**<br>**Palm Springs, CA**<br>ZIP CODE **92262** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)

- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

---

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Spanish Inn, Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Central District of California | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /S/ B. Kwaku Duren<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Spanish Inn, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /S/ B. Kwaku Duren Signature of Attorney for Debtor(s) B. Kwaku Duren Printed Name of Attorney for Debtor(s) B. Kwaku Duren & Associates, P.C. Firm Name 4716 Crenshaw Boulevard Los Angeles, CA 90043 Address (323) 290-6146 Telephone Number 09/21/2011 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ X _____ Address _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /S/ Ramy Hormoz Signature of Authorized Individual Ramy Hormoz Printed Name of Authorized Individual President Title of Authorized Individual 09/21/2011 Date | |

<u>UNITED STATES BANKRUPTCY COURT</u>

<u>CALIFORNIA CENTRAL DISTRICT OF CALIFORNIA</u>

**CORPORATE RESOLUTION – SPANISH INN**

In re

    Spanish Inn, Inc.

## <u>STATEMENT REGARDING AUTHORITY TO SIGN AND FILE CHAPTER 11 BANKRUPTCY PETITION</u>

    I, Ramy Hormoz, declare under penalty of perjury that I am the President of SPANISH INN INC., and that on September 15, 2011, the following resolution was adopted by the Board of Directors of this corporation:

    "Whereas, it is in the best interest of SPANISH INN, INC., to file a voluntary petition in the United States bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    BE IT THEREFORE RESOLVED, that Ramy Hormoz, the President of SPANISH INN, INC., is authorized and directed to appear in all bankruptcy proceedings on behalf of SPANISH INN INC., and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of SPANISH INN, INC., in connection with such bankruptcy case; and

    BE IT FURTHER RESOLVED, that Ramy Hormoz, the President of SPANISH INN, INC., is authorized and directed to employ the law firm of B. Kwaku Duren and Associates, P.C., to represent it in such bankruptcy case."

DATED: September 15, 2011

                                              By: Ramy Hormoz, President of
                                              SPANISH INN INC.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  Spanish Inn, Inc. ,
            Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

See the attached

Date:  09/22/2011

                                   /S/ Ramy Hormoz
                                              Debtor

*[Declaration as in Form 2]*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 1. Ramy & Associates, Inc.<br>12345 Ventura Blvd #C<br>Studio City, CA 91604 | Owner | Loan | L | $ 680,000.00 |
| 2. Saeid Kohendarvish<br>821 N. Bundy Drive<br>Los Angeles, CA 90049 | Owner | Loan | L | $ 480,000.00 |
| 3. JH Thompson & Sons<br>79-607 Country Club Dr #2<br>San Diego, CA 92102 | Kirk Macdonald, Esq.<br>130 N. Brand Blvd #405<br>Glendale, CA 91203 | Trade | D/U | Est.<br>$ 85, 000.00 |
| 4. Carrier Corporation<br>9202 West Tonto St<br>Tolleson, AZ 85353 | Rusty<br>Representative | Trade | D/U | Est.<br>$ 20,000.00 |
| 5. WC Heating & Air Conditioning<br>25967 Madison Avenue<br>Murrieta, CA 92652 | Rusty<br>Representative | Trade | D/U | Est.<br>$ 20,000.00 |
| 6. Pancho's Concrete<br>68895 Perez Rd., #9<br>Cathedral City, CA 92234 | Pancho<br>Owner | Trade | L | $ 30,000.00 |
| 7. Sunkist Pools and Renovation<br>265 W. Vista Chino<br>Palm Springs, CA 92262 | Owner | Trade | L | $ 17, 000.00 |
| 8. SW Dirt Exchange<br>31500 Grape St. #3<br>Lake Elsinore, CA 92532 | Steven Graff, Inc.<br>4339 Calle De Velardo<br>Temecula, CA 92592 | Trade<br>Mechanic's Lien | D/U | Est.<br>$ 17,000.00 |
| 9. Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 | TBD | Trade | L | $12,000.00 |
| 10. Assa Abloy Vingard Elsafe<br>13407 N. Cave Creek Rd<br>Phoenix, AZ | Owner | Trade | L | $ 12,000.00 |
| 11. Shasta Fire Protection<br>3584 La Campana Way<br>Palm Springs, CA 92262 | Thomas G Syskal, Esq.<br>2600 Walnut Ave, #E<br>Tustin, CA 92780 | Trade | D/U | Est.<br>$ 40, 000.00 |

No. of continuation sheets 2

In Re: Spanish Inn, Inc.                                              Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 12. Amir Engineering<br>160 Luring Drive Suite A<br>Palm Springs, CA 92262 | Amir Sazyard<br>Owner | Trade | L | $ 10,000.00 |
| 13. San Marcos Electric<br>22325 Holeman Way<br>Sky Valley, CA 92241 | Bob Magnuson<br>REP | Utility Services | L | $ 10, 000.00 |
| 14. East Meets West Catering<br>68845 Perez Rd, # 30<br>Cathedral City, CA 92234 | Aaron Kiefer Scott<br>Sklar, Esq. | Contract | D/U | Est.<br>$ 15,000.00 |
| 15. America Galindez Intl.<br>36-334 Dali Drive<br>Cathedral City, CA 92234 | Owner | Service Contract | D | Est.<br>$ 10,000.00 |
| 16. Castle Iron Design, Inc.<br>11385 Luddington Street<br>Sun Valley, CA 91352 | Hamid<br>Owner | Trade | L | $ 10,000.00 |
| 17. Esco Wholesale<br>175 E. Corporate Place<br>Chandler, AZ 85225 | Kirk Fisher<br>Representative | Trade | L | $ 5, 000.00 |
| 18. Best Buy Restaurant Equip.<br>72120 Manufacturing Rd #C<br>Thousand Palms, CA 92276 | Cliff<br>Representative | Trade | L | $ 5, 000.00 |
| 19. Desert Scapes Welding<br>1235 S. Gene Autry Trail<br>Palm Springs, CA 92264 | Owner | Trade | L | $ 5, 000.00 |
| 20. Custom Construction<br>PO Box 2804<br>Palm Springs, CA 92263 | Nijat Cohen<br>Owner | Trade<br>Contract | L | $ 800,000.00 |

Continuation sheet 1 of 2

In Re: Spanish Inn, Inc.                                                                                      Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

      I, Ramy Hormoz, President of Spanish Inn, Inc, Debtor, declare under penalty of perjury that I have read the foregoing list of the Largest Creditors Holding the 20 Largest Unsecured Claims, and that they are true and correct to the best of my knowledge, information and belief.

Date: September 22, 2011          By: /S/ Ramy Hormoz
                                  Name: Ramy Hormoz
                                  Title: President for Spanish Inn, Inc., Debtor

Continuation sheet 2 of 2

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name    B. Kwaku Duren, Esq. (SB No. 147789)

Address    4716 Crenshaw Boulevard, Los Angeles, CA 90043

Telephone    (323) 290-6146

[x] Attorney for Debtor(s)
[ ] Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| Spanish Inn & Villas <br> Spanish Inn Inc. <br> Spanish Inn Hotel and Villa | Chapter: 11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of   7   sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date:   September 22, 2011

/S/ Ramy Hormoz
*Debtor*  President for Spanish Inn, Inc., Debtor

/S/ B. Kwaku Duren
*Attorney (if applicable)*                    *Joint Debtor*

## **MASTER MAILING LIST**

Spanish Inn, Inc.
P.O. Box 2804
Palm Springs, CA 92263

B. Kwaku Duren, Esq.
4716 Crenshaw Boulevard
Los Angeles, CA 90043

Office of the United States Trustee
3685 Main Street Suite 300
Riverside, CA 92501

# **MASTER MAILING LIST**

Ramy and Associates Inc
12345 Ventura Blvd UNIT C
Studio City, CA 91604

Saeid Kohendarvish
821 North Bundy Drive
Los Angeles, CA 90049

JH Thompson and Sons
79 to 607 Country Club Drive Unit 2
San Diego, CA 92102

Kirk Macdonald Esq
130 North Brand Blvd Unit 405
Glendale, CA 91203

Amir Engineering
160 Luring Drive Suite A
Palm Springs, CA 92262

San Marcos Electric
22325 Holeman Way
Sky Valley, CA 92241

East Meets West Catering
68845 Perez Rd, Unit 30
Cathedral City, CA 92234

America Galindez Internation
36-334 Dali Drive
Cathedral City, CA 92234

Castle Iron Design Inc
11385 Luddington Street
Sun Valley, CA 91352

Esco Wholesale
175 East Corporate Place
Chandler, AZ 85225

# **MASTER MAILING LIST**

Best Buy Restaurant Equipment
72120 Manufacturing Rd Unit C
Thousand Palms, CA 92276

Desert Scapes Welding
1235 South Gene Autry Trail
Palm Springs, CA 92264

Custom Construction
PO Box 2804
Palm Springs, CA 92263

Carrier Corporation
9202 West Tonto St
Tolleson, AZ 85353

WC Heating and Air Conditioning
25967 Madison Avenue
Murrieta, CA 92652

Pancho's Concrete
68895 Perez Road Unit 9
Cathedral City, CA 92234

Sunkist Pools and Renovation
265 W. Vista Chino
Palm Springs, CA 92262

SW Dirt Exchange
31500 Grape Street Unit 3
Lake Elsinore, CA 92532

# **MASTER MAILING LIST**

Lowes
PO Box 530954
Atlanta, GA 30353-0954

Assa Abloy Vingard Elsafe
13407 North Cave Creek Rd
Phoenix, AZ

Shasta Fire Protection
3584 La Campana Way
Palm Springs, CA 92262

Steven Graff Inc
4339 Calle De Velardo
Temecula, CA 92592

Thomas G Syskal Esq
2600 Walnut Ave, Unit E
Tustin, CA 92780

Arc and OCB Reprographics
345 Clinton Street
Costa Mesa, CA 92626

Stone Revoultion Inc
44 to 489 Town Center Way Unit D 202
Palm Desert, CA 92260

Juan Zermeno
13700 United road
Desert Hot Springs, CA 92240

# **MASTER MAILING LIST**

Frazee Paint
6625 Miramir Road
San Diego, CA 92121

Ontrac
274 Wattis Way
San Francisco, CA 94080

Marty Newman
1174 Casa Verde Way
Palm Springs, CA 92262

Palm Glass and Mirror
68325 East Ramon
Cathedral City, CA 92334

Arcitekton
610 South Belardo Road
Palm Springs, CA 92264

Inland Valley Sladden Inc
450 Egan Avenue
Beaumont, CA 92264

E and M Cabinets
9251 Garvey Avenue
Elmonte, CA 91733

Anthonys Ready Mix
4500 Manhattan Beach Boulevard
Lawndale, CA 90260

# **MASTER MAILING LIST**

Cabinet Supply
82585 Showplace Parkway
Indio, CA 92203

Ewing Irrigation
3441 East Harbour Drive
Phonix, AZ 85034

Top of the Line Signs
71 to 778 Gerald Ford unit 4
Palm Desert, CA 92211

Builders Supply
490 East Sunny Dunes Road
Palm Springs, CA 92264

Nancy Barroso
66112 Avenue Ladera
Desert Hot Springs, CA 92240

Palm Springs Disposal
PO Box 2711
Palm Springs, CA 92263-2711

Pacifica L 39 LLC
Care of American Default Management
433 North camden Drive 4th Floor
Beverly Hills, CA 90210

Pacifica L 39 LLC
1785 Hancock Street Suite 100
San Diego, CA 92110

## MASTER MAILING LIST

Nara Bank
Care of Westrup Klick LLP
444 West Ocean Boulevard Suite 1614
Long Beach, CA 90802

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| B. Kwaku Duren & Associates, P.C.<br>B. Kwaku Duren (SB No. 147789)<br>4716 Crenshaw Boulevard, Los Angeles, CA 90043<br>Tel. (323) 290-6146   Fax (323) 290-1645<br><br>☒ Attorney for: SPANISH INN INC. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: SPANISH INN INC.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed: 09/22/2011
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Other: _____      Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      September 15, 2011
*Signature of Authorized Signatory of Filing Party*      Date

Ramy Hormoz
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      September 15, 2011
*Signature of Attorney for Filing Party*      Date

B. Kwaku Duren, Esq.
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006